ORDERED ACCORDINGLY.

Dated: October 5, 2016

_____
**Brenda K. Martin, Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 7 |
| KENNETH MICHAEL HARRIS, | Case No. 2:16-bk-06116-BKM |
| Debtor. | **ORDER SETTING EXPEDITED HEARING ON DEBTOR'S MOTION FOR EXPEDITED HEARING ON UNITED STATES TRUSTEE'S MOTION TO EXTEND TIME TO FILE MOTION TO DISMISS OR NON-DISCHARGE COMPLAINT** |

Having reviewed and considered the Debtor's *Motion for Expedited Hearing* [Dkt. No. 24] ("**Motion for Expedited Hearing**") regarding the *Motion to Extend Time to File a Motion Pursuant to § 707(B)(3) and to File a Complaint Objecting to Discharge* [Dkt. No. 13] filed by the United States Trustee, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion for Expedited Hearing.

**IT IS FURTHER ORDERED** setting an expedited hearing on this matter on **October 17, 2016 at 2:00 p.m.** at the United States Bankruptcy Court, District of Arizona, 230 North First Avenue, 7th Floor, Courtroom 701, Phoenix, Arizona.

**IT IS FURTHER ORDERED** that Debtor shall immediately serve a copy of this Order upon the U.S. Trustee, and all creditors and parties-in-interest, and file a certificate of service thereof.

**DATED AND SIGNED ABOVE**

I:\2800\2836 - Harris, Ken\02 Pleadings\Non-Discharge Extension\Order Setting Expedited Hearing.docx

Case 2:16-bk-06116-BKM    Doc 26    Filed 10/05/16    Entered 10/05/16 10:51:50    Desc
Main Document    Page 1 of 1